UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | CV 07-07640 DDP (CTx) | Date | May 15, 2008 |
| Title | MARIE MINNS, an individual -V- R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS for the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; RONALD NORBY, an individual; JEAN LOPEZ, an individual | | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NO APPEARANCE | NO APPEARANCE |

Proceedings:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than May 30, 2008 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.
- Answer by the defendant(s).

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, <u>no oral argument</u> on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|   | : | N / A |
|---|---|---|
|   | Initials of Preparer | JAC |