```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GWENDOLYN M. GAMBLE (CA Bar No. 143267)
Assistant United States Attorney
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Email: gwen.gamble@usdoj.gov
     Telephone: (213) 894-6684
     Fax:       (213) 894-7819

Attorneys for Defendant
SECRETARY OF VETERANS AFFAIRS
```

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIE MINNS, ) | No. CV 07-07640 DDP (CTx) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | **Hearing Date: April 20, 2009** |
| JAMES B. PEAKE, M.D., ) SECRETARY OF VETERANS AFFAIRS, ) | **Time:        10:00 a.m.** |
| Defendant. ) | Pretrial Conf: May 18, 2009 |
| ) | Trial:         June 2, 2009 |
| | Honorable Dean D. Pregerson |

Defendant's Motion for Summary Judgment having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities,

///

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be
2 granted and judgment is hereby entered for defendant.
3    DATED: April 22, 2009

```
                                   _____
                                   DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE
```

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Gwendolyn M. Gamble*
GWENDOLYN M. GAMBLE
Assistant United States Attorney